and Sentence filed pursuant to Rule 24.035.[1] We have reviewed the briefs of the parties and the record on appeal and conclude the motion court's findings and conclusions are not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b). PER CURIAM.

**Ray FAMOUS, Appellant,**

v.

**MISSOURI BOARD OF PROBATION AND PAROLE, Respondent.**

**No. WD 76332.**

Missouri Court of Appeals, Western District.

June 10, 2014.

Ray Famous, Bowling Green, MO, Appellant Acting Pro Se.

Michael Spillane, Jefferson City, MO, Counsel for Respondent.

Before Division Four: JAMES EDWARD WELSH, C.J., VICTOR C. HOWARD, and LISA WHITE HARDWICK, JJ.

1. All rule references are to Mo. R.Crim.

## ORDER

PER CURIAM:

Ray Famous appeals the circuit court's granting summary judgment for the Missouri Board of Probation and Parole in a declaratory judgment action. We affirm. Rule 84.16(b).

**Terrance WAINWRIGHT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 76539.**

Missouri Court of Appeals, Western District.

June 10, 2014.

Karen Louise Kramer, Jefferson City, MO, for Respondent.

Rosalynn Koch, Columbia, MO, for Appellant.

Before Division One: JOSEPH M. ELLIS PJ., KAREN KING MITCHELL, ANTHONY REX GABBERT, JJ.

## ORDER

PER CURIAM:

Terrance Wainwright appeals the denial of his Rule 29.15 motion for post-conviction

P.2012, unless otherwise indicated.